

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:24CR24-DCB-ASH

KODA TYE WILLIAMSON   18 U.S.C. § 922(g)(1)

**The Grand Jury charges:**

On or about September 8, 2023, in Simpson County in the Northern Division of the Southern District of Mississippi, the defendant, **KODA TYE WILLIAMSON**, knowing he had previously been convicted of a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, in and affecting interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of the offense specified above, the defendant, **KODA TYE WILLIAMSON**, shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the offense.

The Grand Jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offense alleged in this indictment:

A. **One (1) Glock Pistol, Model: 19, CAL: 9mm, Serial No. BTRH153;**

B. **One (1) SCCY Industries LLC Pistol, Model: CPX-2, CAL: 9mm, Serial No. C043023;**

C. **One (1) Smith & Wesson Pistol, Model: SD40VE, CAL: .40, Serial No. HEY7973; and**

D. **Any ammunition recovered.**

Further, if any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or

sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described above.

All pursuant to Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).

_____
TODD W. GEE
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 5th day of March 2024.

_____
UNITED STATES MAGISTRATE JUDGE