IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                              **CASE NO.: 3:24-cr-00024-DCB-ASH**

**KODA TYE WILLIAMSON**                                         **DEFENDANT**

## NOTICE OF INTENT TO CHANGE PLEA TO GUILTY

COMES NOW the Defendant, Koda Tye Williamson, by and through his counsel of record, Joe M. Hollomon, and notifies the Court and the U.S. Attorney's office of Defendant's intent to change his plea to guilty to the indictment.

Respectfully submitted, this the 20th day of June, 2024.

                                                  */s/ Joe M. Hollomon*
                                                JOE M. HOLLOMON (MSB #2551)
                                                ATTORNEY FOR AND ON BEHALF OF
                                                KODA TYE WILLIAMSON

OF COUNSEL:

JOE M. HOLLOMON & ASSOCIATES, P.A.
107 North State Street (39201)
Post Office Box 22683
Jackson, Mississippi 39225-2683
Tel:  (601) 353-1300
Fax: (601) 353-1308
Email:  jhollomon@outlook.com
          joehollomonlaw@yahoo.com

## **CERTIFICATE OF SERVICE**

    I, Joe M. Hollomon, attorney for the Defendant, do hereby certify that on this day I electronically filed the foregoing *Notice of Intent to Change Plea* with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

    This, the 20th day of June, 2024.

                                                                   */s/ Joe M. Hollomon*
                                                                   JOE M. HOLLOMON